# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | | |
|---|---|---|
| MAURICE WALKER, *on behalf of himself and all others similarly situated*, | : : : | |
| Plaintiff, | : : | Civil No. 8:16-cv-00738 (DKC) |
| | : | **Honorable Deborah K. Chasanow** |
| v. | : : | |
| THE PENTAGON FEDERAL CREDIT UNION, | : : | |
| Defendant. | : | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, **PLAINTIFF** hereby **DISMISSES** the action and all claims therein against **DEFENDANT**, Pentagon Federal Credit Union, **WITH PREJUDICE**, and with each party to bear his or its own costs and attorneys' fees incurred in connection with the claims.

Dated: July 11, 2016

    Respectfully submitted,

    /s/ Kristi Cahoon Kelly
    Kristi Cahoon Kelly (Bar # 07244)
    KELLY & CRANDALL, PLC
    4084 University Drive, Suite 202A
    Fairfax, VA 22030
    T:   703-424-7572
    F:   703-591-0167
    E: kkelly@kellyandcrandall.com

    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Jeffrey W. Larroca (Bar #22735)
Nicholas T. Moraites (Bar #18021)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Penn. Ave. NW, 12th Fl.
Washington, DC 20006
T:	202-659-6646/6670
F:	202-659-6699
E: jlarroca@eckertseamans.com
E: nmoraites@eckertseamans.com
*Counsel for Defendant*

                                              s/ Kristi Cahoon Kelly
                                              Kristi Cahoon Kelly (Bar # 07244)
                                              KELLY & CRANDALL, PLC
                                              4084 University Drive, Suite 202A
                                              Fairfax, VA 22030
                                              T:	703-424-7572
                                              F:	703-591-0167
                                              E: kkelly@kellyandcrandall.com
                                              *Counsel for Plaintiff*